No. 94–1864.  HENNESSEY ET AL. *v.* BLALACK ET AL. (three judgments).  C. A. 5th Cir.  Certiorari denied.